| | | | |
|---|---|---|---|
| Com. v. Howard .... | 11/10/2015464 MAL (2015) | Denied | Pa.Super., 122 A.3d 435 |
| Com. v. Isler ....... | 11/04/2015242 WAL (2015) | Denied | Pa.Super., 122 A.3d 1123 |
| Com. v. Jackson .... | 10/07/2015411 EAL (2015) | Denied | Pa.Super., 122 A.3d 460 |
| Com. v. Jackson .... | 10/14/2015288 EAL (2015) | Denied | Pa.Super., 111 A.3d 1187 |
| Com. v. Jackson .... | 11/10/2015357 EAL (2015) | Denied | Pa.Super., 122 A.3d 446 |
| Com. v. James...... | 10/01/2015274 EAL (2015) | Denied | Pa.Super., 121 A.3d 1132 |
| Com. v. Johnson.... | 09/29/2015258 MAL (2015) | Denied | Pa.Super., 120 A.3d 1048 |
| Com. v. Johnson.... | 11/03/2015405 EAL (2015) | Denied | Pa.Super., 122 A.3d 1133 |
| Com. v. Jones ...... | 10/07/2015220 EAL (2015) | Denied | Pa.Super., 121 A.3d 1120 |
| Com. v. Jones ...... | 10/14/2015364 EAL (2015) | Denied | Pa.Super., 120 A.3d 382 |
| Com. v. Kalkbrenner | 09/28/201565 WAL (2015) | Denied | Pa.Super., 118 A.3d 446 |
| Com. v. Kearns..... | 09/30/2015323 MAL (2015) | Denied | Pa.Super., 120 A.3d 1063 |
| Com. v. Keeling .... | 09/30/2015392 EAL (2015) | Denied | Pa.Super., 120 A.3d 1051 |
| Com. v. Kemfort.... | 11/04/2015364 MAL (2015) | Denied | Pa.Super., 121 A.3d 1130 |
| Com. v. King ....... | 09/30/2015399 EAL (2015) | Denied | Pa.Super., 120 A.3d 1062 |